AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

**FILED**
4:05 pm Dec 10 2019
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America )
v. )
RUSSELL WHISENANT, III, )   Case No.   1:19MJ2272
)
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 14, 2019   in the county of   Cuyahoga   in the
Northern   District of   Ohio   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) & (b)(1)(B) | Possession with intent to distribute 28grams or more of cocaine base |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Ian Brock, Special Agent
*Printed name and title*

Sworn via telephone after submission
by reliable electronic means. Fed.R.Crim.P.4.1 and 41(d)(3).

Date:  **Dec 10, 2019**

*Judge's signature*

City and state:   Cleveland, Ohio   David A. Ruiz, U.S. Magistrate Judge
*Printed name and title*