IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:20-cr-00115 |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| -vs- | ) | |
| RUSSELL WHISENANT, | ) | **DEFENDANT'S MOTION TO REOPEN DETENTION PROCEEDINGS AND PERMIT TEMPORARY RELEASE** |
| Defendant. | ) | |

[Handwritten annotations on stamp: "Def. does pose a risk of flight and presents a danger to the community"]

[Stamp: DENIED / IT IS SO ORDERED / GRANTED — signed, Donald Nugent 5/5/20, U.S. DISTRICT JUDGE]

Now comes Russell Whisenant, through counsel, and respectfully requests this Court reopen detention proceedings and order his release on bond as a temporary release, pursuant to 18 U.S.C. § 3142(f)(2) and § 3142(i)(4). The current COVID-19 pandemic presents "a change of circumstances" why Mr. Whisenant's detention is no longer appropriate and Mr. Whisenant poses no risk of flight or danger to the community.

**I.    Procedural History**

Mr. Whisenent was arrested in connection with the instant case on or about December 11, 2019. A complaint was filed in federal court on December 10, 2019. Dkt. 1. On December 17, 2019, Mr. Whisenant waived his right to a detention hearing, while reserving the right to "revisit the issue of detention at a later date should circumstances change." Dkt. 4. An indictment was returned was February 12, 2020. Dkt. 12. Since then, the case has remained pending as the government has provided discovery and the parties have made attempts to resolve the case. Mr. Whisenant has remained in pretrial detention since December 11, 2019.

1