UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: June 17, 2020

CASE NO. 1:20 CR 115

COURT REPORTER: None

PRETRIAL CONFERENCE

UNITED STATES OF AMERICA

-VS-

RUSSELL L. WHISENANT, III

APPEARANCES: Plaintiff: Segev Phillips
Defendant: Joseph Morse

PROCEEDINGS: Telephonic status held w/ all counsel participating. Def counsel working on getting additional medical records to then file an additional motion for Bond to enable Def to get medical treatment.
PTM - set 6/25/20 @ 8:30AM to determine whether Def to resolve case and/or whether any bond is feasible.

Donald C. Nugent 6/17/20
Donald C. Nugent
United States District Judge

Length of Proceedings: 20 min